**Exhibit A to the Complaint**

**Location:** Wilton, CT  **IP Address:** 69.123.122.214
**Total Works Infringed:** 31  **ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash:<br>407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 04-24-2023 03:37:12 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 2 | Info Hash: 245E7595EAF9BD032DBBCC7121C46D91F6011AA6<br>File Hash:<br>E17E601B8258A8F7991ADA885BCBB266011A675682891A8EAA4F6C844B0E217D | 04-24-2023 02:15:33 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 3 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash:<br>B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 04-24-2023 02:06:11 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 4 | Info Hash: 467072A450A63C52480B37FEFC6B23ED52BCB272<br>File Hash:<br>0515FC6FA4FA71DD488AFE6B40CA2CAC036A162D36EAE72020E657FE8739B909 | 04-24-2023 02:01:05 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 5 | Info Hash: 6CBBBB442C2612315F5EED7712A820C458A89F7F<br>File Hash:<br>5733688BD9ECEE3A16EFB5959225817624F4350EA2440C498125AFAC16774F00 | 04-24-2023 02:00:06 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 6 | Info Hash: 8E982B67CA4D67AD1D211959E642E8E9F591C120<br>File Hash:<br>6A3CC94D8AC45692DDCB4BB6458BBA573972CD56A872BE750DAEE679F5B545E2 | 04-24-2023 01:59:59 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 7 | Info Hash: 2911656534052526E124BDE86680FBC3B902BEF3<br>File Hash:<br>6BAB2CA316867F6DB59838D1747B94D352D1149884867393B6C8E724C799DF0D | 04-24-2023 01:59:17 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 8 | Info Hash: F65CA450290F2FE55A1F2279B3FF6E6BC6E53E9D<br>File Hash:<br>3B5C46156A2FCE9559AC7987003E708806D6B3E5CA8909206F93A67B92E4AF90 | 04-24-2023 01:58:26 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 9 | Info Hash: 0D3C54D9E89AAD1BD261AAED4A7087FC349DE544<br>File Hash:<br>83F6A40C5DD7D07EFF785C5804D4FE1FAA4E30048E8853F5D9683127221512B6 | 04-24-2023 01:58:23 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 10 | Info Hash: CB2DB113FDBD1F49FACF28C2C8C70A0A62059D07<br>File Hash:<br>D01AC50CB88710977B35A77072BD3919A5D8C5D39F46B1F8EA460707E8608520 | 04-24-2023 01:58:11 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 11 | Info Hash: 6CDEB8C8E8F9624BEA9225C82F988666C6444946<br>File Hash:<br>BD6BD57761088765FF1989B6A7DCABB6C885292DA248A9D7729AECA0D6244749 | 04-24-2023 01:58:04 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982<br>File Hash: E08672F3ED6BE95A0D92451A86A84919B434B0AE2638C1F04F71250E58668C31 | 04-24-2023 01:57:36 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 13 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash: 96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 04-24-2023 01:55:47 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 14 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash: 4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 04-24-2023 01:55:17 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 15 | Info Hash: 29B35191E40ABBB81FAF7BD06F20449D5CE5EAB3<br>File Hash: 0F8558E722E30F998673837B21700E537278479B75811A303F4340BBB9165A9F | 04-24-2023 01:55:16 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 16 | Info Hash: C223BDA54AB833E022ADE6E04422BCB8DF07DF32<br>File Hash: 606EBB13065FED4EACBA22B60CB97391ED0B2902AD956E7F0FBD06F3D76DF0D4 | 04-24-2023 01:54:57 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 17 | Info Hash: EFD527CE548FFDCA15103325C501C9C9170D8BAF<br>File Hash: 1653BB36CE38A0F173547E88E28E6CC7F438CF8F3AA2371EFABC9683E37917CA | 04-24-2023 01:54:49 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 18 | Info Hash: 6769F1449FB0C7651F6F91A72EFDFA39EDFD9753<br>File Hash: 35EFE2E11BB1FF2A4FDA84653C8117BE486D83D40C109CAE13E44CB8C36E83C1 | 04-24-2023 01:54:25 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 19 | Info Hash: 3E2A72B1E34383F60734DB7DE13F5DBF59A09549<br>File Hash: D36D754A01F289D7B3C9C47205020F6D089003CFAC17DC6A785B17C4F9557461 | 04-24-2023 01:53:25 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 20 | Info Hash: 9C22E877110D06E6533EC589105775F10EA33EC8<br>File Hash: 9401043428783798DE91D03DDB49133025EFB3CCC12A4D54972694F3A155763F | 04-24-2023 01:53:08 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 21 | Info Hash: 7E3A0BF2FA86BE2A134A269ED4FB83F5A7496767<br>File Hash: B4695E01CB1946BECB3099B15ED2AFA8B06D7AD09B2AE9D510E4CF75B2DC0867 | 01-09-2023 02:14:26 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 22 | Info Hash: 59D7677337865D759AB213DC93144B2FEE51A277<br>File Hash: 6956C9495ABF25C595A217B5F8B03A5F1B0C724D3A191D4EFDAF7B07F5C1FFF3 | 06-01-2022 03:54:31 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 23 | Info Hash: 400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash: 7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 05-21-2022 20:25:27 | Tushy | 06-30-2018 | 07-26-2018 | PA0002112157 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E429ECEA3CC731EE2C160A6E4D77991FECDF8897<br>File Hash: 943CE63AF177C286436B0F920E4BF8839892501E7E9A9946C2E284728D74543F | 05-19-2022 03:06:46 | Blacked | 11-11-2018 | 11-25-2018 | PA0002136642 |
| 25 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 05-19-2022 03:06:28 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 26 | Info Hash: 4FD7369E6DD41D99B5806F360CB9CD3CD4C8267E<br>File Hash: B217CA154B8DB4B890864B48214750F8D224A28F6CC1B8B7E41AA2EC533DF966 | 05-17-2022 03:26:00 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 27 | Info Hash: 5987A8A20C04DAF69EBBA0854CBA3BAB839FFE0C<br>File Hash: A4569867885D4C0F92578CBAC436509E7CA47E92F15DA6FEFA129C2BCD71937C | 05-17-2022 03:25:31 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 28 | Info Hash: DE895968500AD3A46658CF45BAB4055AAC2D2F21<br>File Hash: 890ACD7580F13B7FB809B1AA21A80EB763F3EF9E6F7FE6D81B097EBE9EB53B73 | 05-17-2022 02:44:57 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 29 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 05-15-2022 03:14:57 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 30 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 10-22-2021 03:04:55 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 31 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 10-22-2021 02:20:35 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |